

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00079-CV

| | | |
|---|---|---|
| EDEN II ENTERPRISES, LLC D/B/A CONCHO HEALTH & REHABILITATION CENTER AND CREATIVE SOLUTIONS IN HEALTHCARE, INC., Appellants | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-324884-21) |
| V. | § | June 13, 2024 |
| BOBBIE CHARLTON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF PEARL TRAPINI, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants Eden II Enterprises, LLC d/b/a Concho Health & Rehabilitation Center and Creative Solutions in Healthcare, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
　　　Justice Dabney Bassel